UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              -v-                                  18 Cr. 390-15 (PAE)

CHRISTOPHER SIMON,                        ORDER

                         Defendant.

---

PAUL A. ENGELMAYER, District Judge:

On August 27, 2020, the Court issued an order granting Christopher Simon's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). *See* Dkt. 507 at 11. To facilitate Simon's prompt release under conditions supporting his lawful reintegration into society, the Court directed "the U.S. Probation Department to consult with the Government and the defense, and, by September 2, 2020, to file a letter on the docket of this case that (1) identifies a halfway house or equivalent facility at which Simon can productively reside upon his release from custody; (2) identifies a drug treatment program that will admit Simon and in which he can promptly participate upon release; and (3) proposes modifications, if any, to the current terms of supervised release necessary to take into account present circumstances." *Id.* at 10. "To assure that the deadlines set herein are met," the Court further directed the Government "forthwith to alert the Probation Department to this order, and particularly to the September 2 filing deadline applicable to the Probation Department." *Id.* at 11.

The Court has not received any filing from the Probation Department. The Probation Department is hereby ordered to file the above-described letter by 5:00 p.m. today, September 3, 2020. The Government is further directed to furnish this order to the assigned probation officer forthwith and to file on the docket a certificate attesting to such delivery.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 3, 2020
       New York, New York