UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                                                                                  **ORDER**
                                                                                                                   18 Cr. 390 (PAE)

        -against-

CHRISTOPHER SIMON,

                Defendant.

------------------------------------------------------------------------X

    **IT IS HEREBY ORDERED**, that:

1. The defendant's prison sentence be reduced to time served;

2. The Warden of F.C.I. Fort Dix shall, on September 9, 2020, between 8:00am and 12:00pm, release from custody the person of defendant Christopher Simon;

3. Defendant Christopher Simon shall not spend 14 days in quarantine at F.C.I. Fort Dix prior to his release, and shall instead spend 14 days in quarantine at the place he shall reside;

4. Defendant Christopher Simon shall reside at a residential drug treatment program (the Program), approved by the United States Department of Probation (Probation) for a period of 12 months;

5. Defendant Christopher Simon shall be on home incarceration after successful completion of the program;

6. For that 12-month period and for 4 years thereafter, defendant Christopher Simon shall abide by all the terms and conditions of supervised release that were previously imposed on him and are memorialized in his Judgment of Conviction;

1

7. Upon release from F.C.I. Fort Dix, Christopher Simon shall proceed immediately to the residential drug treatment program approved by Probation, where he shall reside during his term of 12 months of home incarceration;

8. Christopher Simon must notify Probation upon his arrival at the Program, and is directed to follow the instructions of the assigned probation officer, as well as the conditions of supervised release imposed at the time of his sentence;

9. For a period of 12 months from the date of his release from prison, Christopher Simon shall be under 24-hour home incarceration to be enforced by location monitoring, using specific technology to be determined by the Probation Department. The defendant may only leave for necessary medical services, the pursuit of educational and vocational opportunities with advanced notification, and approval if time permits, from Probation. All other leave must be submitted through defense counsel for the court's approval;

**SO ORDERED**

*Paul A. Engelmayer*
Hon. Paul A. Engelmayer
United States District Judge

Dated: September  4  , 2020
New York, New York