UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              -v-<br><br>CHRISTOPHER SIMON,<br>                          Defendant. | 18 Cr. 390-15 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has been notified by the Probation Department that the placement anticipated for Mr. Simon at the Samaritan Village residential drug treatment program has not yet been finalized, as had been anticipated when the Court ordered his release on September 9, 2020. The Court accordingly revises its earlier order. Mr. Simon is now to be released on Friday, September 11, 2020, by which date the Court expects that Mr. Simon's placement will have been solidified. The Court directs the Probation Department, in consultation with counsel, to keep the Court apprised each date this week as to the status of Mr. Simon's Samaritan Village placement.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 9, 2020
       New York, New York