UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 18 Cr. 390-15 (PAE) |
| CHRISTOPHER SIMON, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Probation Department has notified the Court that it cannot, in fact, place Mr. Simon at Samaritan Village in the near term, on account of medical needs that require a full pre-admission examination. The Court accordingly authorizes Mr. Simon's compassionate release on Friday, September 11, 2020, into the custody of his friend, Ms. Sonia Castro, with whom he is to remain for four months, subject to a condition of home confinement. In the event Mr. Simon is admitted to a residential treatment program during that period, he is to attend that program as soon as the program will admit him. After four months, if Mr. Simon has not yet been admitted to a residential treatment program, he is to be provided housing through HASA, if possible, while participating in out-patient substance abuse treatment. The Court directs the parties and the Probation Department, by no later than noon on Thursday, September 10, 2020, to submit to the Court a proposed order memorializing in more specific detail the proposed conditions of Mr. Simon's release.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 9, 2020
       New York, New York