UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                       **ORDER**
                                                       18 Cr. 390 (PAE)

-against -

CHRISTOPHER SIMON,

                 Defendant.

------------------------------------------------------------------------ X

**IT IS HEREBY ORDERED**, that Karloff C. Commissiong, Esq., shall, through CJA funds, be reimbursed for payment of Mr. Christopher Simon's transport from FCI Fort Dix to the home of Ms. Sonia Castro, located at 2323 Walton Avenue, Apt. 5G, Bronx, New York 10468.

                                                      SO ORDERED

                                                   *Paul A. Engelmayer*
                                                    Hon. Paul A. Engelmayer
                                                    United States District Judge

Dated: September   10  , 2020
         New York, New York

1