UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                                          **AMENDED ORDER**
                                                                          18 Cr. 390 (PAE)

        -against-

CHRISTOPHER SIMON,

                Defendant.

------------------------------------------------------------------------X

      **IT IS HEREBY ORDERED**, that:

1. This Order amends the prior order issued on September 4, 2020 (See ECF Docket Entry 511);

2. The defendant's prison sentence be reduced to time served;

3. The Warden of F.C.I. Fort Dix shall, on September 11, 2020, at 8:00am, release from custody the person of defendant Christopher Simon, register number 10971-054;

4. Defendant Christopher Simon shall not spend 14 days in quarantine at F.C.I. Fort Dix prior to his release, and shall instead spend 14 days in quarantine at the place he shall reside;

5. Defendant Christopher Simon shall reside at the home of Ms. Sonia Castro, 2323 Walton Avenue, Apt. 5G, Bronx, New York 10468;

6. Upon completion of the 14-day quarantine, Mr. Simon is to report to the United States Department of Probation (Probation) on September 25, 2020, at 10:00am, to be enrolled in the Home Detention program;

7. While Mr. Simon resides at the home of Ms. Castro, Mr. Simon will assist Probation in obtaining Mr. Simon medical benefits and housing through HRA's HIV/AIDS Services Administration (HASA) program;

8. In accordance with the Judgment of Conviction, Mr. Simon will begin his 5-year term of supervised release, upon his discharge from F.C.I. Fort Dix on September 11, 2020;

9. Mr. Simon shall abide by all the terms and conditions of supervised release;

10. Upon release from F.C.I. Fort Dix, Christopher Simon shall proceed immediately to 2323 Walton Avenue, Apt. 5G, Bronx, New York 10468;

11. Christopher Simon must notify Probation upon his arrival at 2323 Walton Avenue, Apt. 5G, Bronx, New York 10468, and is directed to follow the instructions of the assigned probation officer;

12. If Mr. Simon is unable to enroll in a residential treatment program due to medical reasons, he is to successfully complete an intensive outpatient substance abuse treatment program;

13. For a period of 12 months from the date of his release from prison, Christopher Simon shall be subject to home detention, not including any period spent in a residential treatment program, to be enforced by location monitoring, using specific technology to be determined by the Probation Department. The defendant may only leave for necessary medical services, the pursuit of educational and vocational opportunities with advanced notification, and approval if time permits, from Probation. All other leave must be submitted through

defense counsel for the court's approval. This provision applies, regardless of Mr. Simon's residence during the 12-month period.

SO ORDERED

_____
Hon. Paul A. Engelmayer
United States District Judge

Dated: September __10__, 2020
       New York, New York

3